

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

FLORIO, PERRUCCI, STEINHARDT,
CAPPELLI, TIPTON & TAYLOR, LLC
Kerry Cahill, Esquire
235 Broubalow Way
Phillipsburg, NJ  08865
Phone:     (908) 454-8300
Facsimile: (908) 454-8623
Email: kcahill@floriolaw.com

*Attorneys for Georgian Townhouse Association, Inc.*

In Re:

KIMBERLY THOMAS,
                                        Debtor

**Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:           **19-31389-MBK**

Chapter:             13

Hearing Date:  August 26, 2020

Judge: Judge Michael B. Kaplan, C.J.B.C.

# ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The Court having reviewed Georgian Townhouse Association, Inc.'s Motion to excuse the movant's violation of the automatic stay and correct proof of claim, and any related responses or objections, it is hereby:

**ORDERED** that:

1. Claim 20 is hereby deemed timely and allowed and shall be included in the Plan.

**DATED: September 22, 2020**

The Hon. Mi̵̶̶̶̶̶

Honorable Michael B. Kaplan
United States Bankruptcy Judge

{00880873.DOCX v.1}