| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>FLORIO, PERRUCCI, STEINHARDT,<br>CAPPELLI, TIPTON & TAYLOR, LLC<br>Kerry Cahill, Esquire<br>235 Broubalow Way<br>Phillipsburg, NJ  08865<br>Phone:     (908) 454-8300<br>Facsimile: (908) 454-8623<br>Email: kcahill@floriolaw.com<br><br>*Attorneys for Georgian Townhouse Association, Inc.* | Order Filed on September 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KIMBERLY THOMAS,<br>                              Debtor | Case No.:      **19-31389-MBK**<br><br>Chapter:        13<br><br>Hearing Date:  August 26, 2020<br><br>Judge: Judge Michael B. Kaplan, C.J.B.C. |

**ORDER GRANTING MOTION FOR RELIEF FROM THE STAY**

The Court having reviewed Georgian Townhouse Association, Inc.'s Motion to excuse the movant's violation of the automatic stay and correct proof of claim, and any related responses or objections, it is hereby:

**ORDERED** that:

1. Claim 20 is hereby deemed timely and allowed and shall be included in the Plan.

**DATED: September 22, 2020**

The Hon. Mr  _/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

{00880873.DOCX v.1}

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                           Case No. 19-31389-MBK
Kimberly A. Thomas                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Sep 22, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db             +Kimberly A. Thomas,    110 Kemper Court,    Hackettstown, NJ 07840-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Kimberly A. Thomas joan@joanlaverylaw.com
              Kerry E. Cahill    on behalf of Creditor   Georgian Townhouse Association kcahill@fpsflawfirm.com,
               tlentini@floriolaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5