UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on October 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kimberly Thomas

Case No.: 19-31389

Hearing Date:

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## AMENDED
## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>FLORIO, PERRUCCI, STEINHARDT,<br>CAPPELLI, TIPTON & TAYLOR, LLC<br>Kerry Cahill, Esquire<br>235 Broubalow Way<br>Phillipsburg, NJ  08865<br>Phone:     (908) 454-8300<br>Facsimile: (908) 454-8623<br>Email: kcahill@floriolaw.com<br><br>*Attorneys for Georgian Townhouse Association, Inc.*<br><br>In Re:<br><br>KIMBERLY THOMAS,<br>                                         Debtor | Case No.:        **19-31389-MBK**<br><br>Chapter:          13<br><br>Hearing Date:  August 26, 2020<br><br>Judge: Judge Michael B. Kaplan, C.J.B.C. |

**AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE STAY**

The Court having reviewed Georgian Townhouse Association, Inc.'s Motion to excuse the movant's violation of the automatic stay and correct proof of claim, and any related responses or objections, it is hereby:

**ORDERED** that:

1. The Court hereby excuses Georgian Townhouse Association, Inc.'s mistaken withdrawal of Claim 20 as reflected in Docket Entry No. 33;

2. The Association is permitted to correct its mistaken withdrawal of Claim 20 by correcting docket entry No. 33 to reflect that Claim 19 was withdrawn, not Claim 20;

3. Claim 20 is hereby reinstated; shall deemed timely and allowed and shall be included in the Plan.

{00890072.DOCX v.1}

4. Claim 20 may be paid by the Trustee and the Association's debt is hereby to be included in the debts paid by the Trustee; and

5. The Trustee is hereby authorized to pay the Association's claim consistent with the Chapter 13 Plan.

_____
The Hon. Michael B. Kaplan, Chief Judge