UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kimberly A. Thomas

| | |
|---|---|
| Case No.: | __19-31389-MBK__ |
| Chapter: | |
| Hearing Date: | |
| Judge: | __MBK__ |

SECOND

**AMENDED ORDER GRANTING MOTION CORRECTING DOCKET**

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: November 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>FLORIO, PERRUCCI, STEINHARDT,<br>CAPPELLI, TIPTON & TAYLOR, LLC<br>Kerry Cahill, Esquire<br>235 Broubalow Way<br>Phillipsburg, NJ  08865<br>Phone:     (908) 454-8300<br>Facsimile: (908) 454-8623<br>Email: kcahill@floriolaw.com<br><br>*Attorneys for Georgian Townhouse Association, Inc.* | |
| In Re:<br><br>KIMBERLY THOMAS,<br>                              Debtor | Case No.:          **19-31389-MBK**<br><br>Chapter:             13<br><br>Hearing Date:  August 26, 2020<br><br>Judge: Judge Michael B. Kaplan, C.J.B.C. |

## AMENDED ORDER GRANTING MOTION CORRECTING DOCKET

The Court having reviewed Georgian Townhouse Association, Inc.'s Motion to correct its proof of claim, and any related responses or objections, it is hereby:

**ORDERED** that:

1. The Court hereby excuses Georgian Townhouse Association, Inc.'s mistaken withdrawal of Claim 20 as reflected in Docket Entry No. 33;

2. The Association is permitted to correct its mistaken withdrawal of Claim 20 by correcting docket entry No. 33 to reflect that Claim 19 was withdrawn, not Claim 20;

3. Claim 20 is hereby reinstated; shall deemed timely and allowed and shall be included in the Plan.

4. Claim 20 may be paid by the Trustee and the Association's debt is hereby to be included in the debts paid by the Trustee; and

{00902465.DOCX v.1}

5. The Trustee is hereby authorized to pay the Association's claim consistent with the Chapter 13 Plan.

_____
The Hon. Michael B. Kaplan, Chief Judge

{00902465.DOCX v.1}

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly A. Thomas  
    Debtor(s)

Case No. 19-31389-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Nov 20, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly A. Thomas, 110 Kemper Court, Hackettstown, NJ 07840-1681 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Kimberly A. Thomas joan@joanlaverylaw.com |
| Kerry E. Cahill | on behalf of Creditor Georgian Townhouse Association kcahill@fpsflawfirm.com tlentini@floriolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5