UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52149
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Lease Titling Trust

**Order Filed on February 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KIMBERLY THOMAS

Case No.: 19-31389

Adv. No.:

Hearing Date: 1-27-21

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 17, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Kimberly Thomas**
**19-31389(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Hyundai Lease Titling Trust, with the appearance of Joan Lavery, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Lease Titling Trust is the owner and lessor of 2018 KIA FORTE bearing vehicle identification number 3KPFL4A79JE278795 (hereinafter the "vehicle").

2. **Curing Arrears:** At the hearing the debtor's lease was due for 12-5-20 and 1-5-21 in the amount of $937.57. To cure arrears, the debtor shall make cure payments of $840.72 for two months, on 2-5-21 and 3-5-21. In the event the debtor fails to make either payment for a period of 30 days after it falls due, Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. After curing arrears, the debtor shall make all lease payments to Hyundai Lease Titling Trust when due, being the 5th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Hyundai Lease Titling Trust through the plan, a counsel fee of $426 which shall be paid by the trustee as an administrative priority expense.

6. <u>At the end of the lease, Hyundai Lease Titling Trust shall have immediate stay relief to repossess and sell the vehicle without any application to the Court or notice to the debtor or his attorney unless the debtor has purchased the vehicle in accordance with the lease end purchase option.</u>