Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31389−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly A. Thomas
   110 Kemper Court
   Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−1931

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 29, 2021.

On 01/03/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: February 9, 2022
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 4, 2022
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31389-MBK |
| Kimberly A. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 04, 2022 | Form ID: 185 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Thomas, 110 Kemper Court, Hackettstown, NJ 07840-1681 |
| aty | + | Brian R Tipton, Florio, Perrucci, Steinhardt Cappelli T, 235 BROUBALOW WAY, Phillipsburg, NJ 08865, UNITED STATES 08865-1682 |
| cr | + | Georgian Townhouse Association, c/o Florio Perrucci Steinhardt Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865, US 08865-1682 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 519262375 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518633972 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566433 | | Genesis Card Services, PO Box 4468, Beaverton, OR 97076 |
| 518770001 | + | Georgian Townhouse Association, c/o Florio, Perrucci, Steinhardt, Cappee, 235 Broubalow Way, Phillipsburg, New Jersey 08865, DC-910-16 Amount: $9080. 08865-1682 |
| 518566435 | + | Home Depot Speciality Services, c/o Vengoff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 518566437 | + | KIA MOTORS FINANCE, 4000 MACARTHUR BLVD, SUITE 1000, Newport Beach, CA 92660-2544 |
| 518566441 | | OneMain, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518566443 | + | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 518566444 | + | Social Security Aminiistration, PO Box 3430, Philadelphia, PA 19122-0430 |
| 519056725 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519056726 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518634479 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518566447 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519112723 | | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519112724 | + | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 US Bank Trust National Association, et a 75381-460 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518566425 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518698912 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518566426 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518566427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:52:55 | Best Buy /CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518566430 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | CB Indigo / GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518566434 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:53:01 | Home Depot, PO Box 653000, Dallas, TX 75265 |

Case 19-31389-MBK    Doc 78    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc Imaged
                           Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 185 | Total Noticed: 54 |

| Notice ID | Method/Address | Date/Time | Recipient |
|---|---|---|---|
| 518566428 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 20:42:18 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518612372 | + Email/PDF: ebn_ais@aisinfo.com | Jan 04 2022 20:52:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612375 | + Email/PDF: ebn_ais@aisinfo.com | Jan 04 2022 20:42:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633972 | Email/PDF: bncnotices@becket-lee.com | Jan 04 2022 20:42:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566429 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 20:42:34 | Capital One- Quick silver, PO Box 70884, Charlotte, NC 28272-0884 |
| 518672402 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 20:53:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518566431 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2022 20:42:29 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518566432 | Email/Text: mrdiscen@discover.com | Jan 04 2022 20:43:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 518577459 | Email/Text: mrdiscen@discover.com | Jan 04 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518668957 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 04 2022 20:43:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518664378 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2022 20:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518566436 | Email/Text: EBNBKNOT@ford.com | Jan 04 2022 20:43:00 | KIA Financial Services, Dept. #194501, P.O. Box 55000, Detroit, MI 482551945 |
| 518566438 | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2022 20:43:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518566439 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2022 20:43:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518651532 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 20:52:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518566440 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:52:55 | Lowes, PO Box 4596, Carol Stream, IL 60197-4596 |
| 518586991 | + Email/PDF: cbp@onemainfinancial.com | Jan 04 2022 20:42:14 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518566442 | + Email/PDF: cbp@onemainfinancial.com | Jan 04 2022 20:42:34 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518658602 | Email/Text: bnc-quantum@quantum3group.com | Jan 04 2022 20:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518649925 | Email/Text: bnc-quantum@quantum3group.com | Jan 04 2022 20:43:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518566445 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:28 | SYNCB/ HOME, PO BOX 965036, Orlando, FL 32896-5036 |
| 518566446 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:28 | SYNCB/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 518568832 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670285 | + Email/Text: bncmail@w-legal.com | Jan 04 2022 20:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518566448 | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:15 | TJM Rewards, PO Box 530948, Atlanta, GA |

Case 19-31389-MBK    Doc 78    Filed 01/06/22    Entered 01/07/22 00:12:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 185 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 518630672 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 04 2022 20:43:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 30353-0948 |
| 518566449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2022 20:43:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518566450 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 20:42:28 | Walmart, PO Box 960023, Orlando, FL 32896-0023 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
   on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
   docs@russotrustee.com

Brian R Tipton
   on behalf of Creditor Georgian Townhouse Association btipton@fpsflawfirm.com

Denise E. Carlon
   on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
   on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust hkaplan@rasnj.com, informationathnk@aol.com

Joan Sirkis Warren
   on behalf of Debtor Kimberly A. Thomas joan@joanlaverylaw.com

John R. Morton, Jr.
   on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Melissa N. Licker
   on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
   on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Jan 04, 2022 Form ID: 185 Total Noticed: 54
TOTAL: 10