Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−31389−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly A. Thomas
   110 Kemper Court
   Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−1931

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 10, 2022.

Dated: February 10, 2022
JAN: dmi

                                                                  Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-31389-MBK
Kimberly A. Thomas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Feb 10, 2022     Form ID: plncf13     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Thomas, 110 Kemper Court, Hackettstown, NJ 07840-1681 |
| aty | + | Brian R Tipton, Florio, Perrucci, Steinhardt Cappelli T, 235 BROUBALOW WAY, Phillipsburg, NJ 08865, UNITED STATES 08865-1682 |
| cr | + | Georgian Townhouse Association, c/o Florio Perrucci Steinhardt Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865, US 08865-1682 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518566433 | | Genesis Card Services, PO Box 4468, Beaverton, OR 97076 |
| 518770001 | + | Georgian Townhouse Association, c/o Florio, Perrucci, Steinhardt, Cappee, 235 Broubalow Way, Phillipsburg, New Jersey 08865, DC-910-16 Amount: $9080. 08865-1682 |
| 518566435 | + | Home Depot Speciality Services, c/o Vengoff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 518566437 | + | KIA MOTORS FINANCE, 4000 MACARTHUR BLVD, SUITE 1000, Newport Beach, CA 92660-2544 |
| 518566441 | | OneMain, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518566443 | + | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 518566444 | + | Social Security Aminiistration, PO Box 3430, Philadelphia, PA 19122-0430 |
| 519056725 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519056726 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518634479 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518566447 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519112723 | | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519112724 | + | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 US Bank Trust National Association, et a 75381-460 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518566425 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2022 20:43:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 519262375 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2022 20:55:25 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518698912 | | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2022 20:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518566426 | | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2022 20:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518566427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2022 20:55:56 | Best Buy /CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518566430 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 10 2022 20:45:00 | CB Indigo / GF, PO Box 4499, Beaverton, OR 97076-4499 |

| | | | | |
|---|---|---|---|---|
| 518566434 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2022 20:55:31 | Home Depot, PO Box 653000, Dallas, TX 75265 |
| 518566428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 20:55:47 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518612372 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612375 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 20:55:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633972 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2022 20:55:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566429 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 20:55:24 | Capital One- Quick silver, PO Box 70884, Charlotte, NC 28272-0884 |
| 518672402 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2022 20:55:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518566431 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2022 20:55:26 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518566432 | | Email/Text: mrdiscen@discover.com | Feb 10 2022 20:43:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 518577459 | | Email/Text: mrdiscen@discover.com | Feb 10 2022 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518668957 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2022 20:44:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518664378 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2022 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518566436 | | Email/Text: EBNBKNOT@ford.com | Feb 10 2022 20:44:00 | KIA Financial Services, Dept. #194501, P.O. Box 55000, Detroit, MI 482551945 |
| 518566438 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2022 20:43:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518566439 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2022 20:43:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518651532 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 20:55:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518566440 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:57 | Lowes, PO Box 4596, Carol Stream, IL 60197-4596 |
| 518586991 | + | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 20:55:23 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518566442 | + | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 20:55:34 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518658602 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518649925 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2022 20:44:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518566445 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:24 | SYNCB/ HOME, PO BOX 965036, Orlando, FL 32896-5036 |
| 518566446 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:48 | SYNCB/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 518568832 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670285 | + | Email/Text: bncmail@w-legal.com | Feb 10 2022 20:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | | |
|---|---|---|---|---|
| 518566448 | | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:47 | TJM Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 518630672 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 10 2022 20:44:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518566449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2022 20:44:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518566450 | | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2022 20:55:36 | Walmart, PO Box 960023, Orlando, FL 32896-0023 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian R Tipton | on behalf of Creditor Georgian Townhouse Association btipton@floriolaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust hkaplan@rasnj.com, informationathnk@aol.com |
| Joan Sirkis Warren | on behalf of Debtor Kimberly A. Thomas joan@joanlaverylaw.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Melissa N. Licker | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 10, 2022 | Form ID: plncf13 | Total Noticed: 54 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10