UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Kimberly A. Thomas

Case No.: 19-31389
Chapter: 13
Judge: MEH

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Kimberly A. Thomas _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11/13/2024

/s/ Kimberly A. Thomas
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*