**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly A. Thomas | Social Security number or ITIN  xxx–xx–1931 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-31389-MEH | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kimberly A. Thomas

2/26/25                                                  **By the court:** Mark Edward Hall
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-31389-MEH
Kimberly A. Thomas                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Feb 26, 2025      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Thomas, 110 Kemper Court, Hackettstown, NJ 07840-1681 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518566433 | | Genesis Card Services, PO Box 4468, Beaverton, OR 97076 |
| 518770001 | + | Georgian Townhouse Association, c/o Florio, Perrucci, Steinhardt, Cappee, 235 Broubalow Way, Phillipsburg, New Jersey 08865, DC-910-16 Amount: $9080. 08865-1682 |
| 518566435 | + | Home Depot Speciality Services, c/o Vengoff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 26 2025 21:12:00 | US Bank Trust National Association, Not In Its Ind, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518566425 | + | EDI: GMACFS.COM | Feb 27 2025 01:46:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 519262375 | + | EDI: AISACG.COM | Feb 27 2025 01:52:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519262375 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 03:05:08 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518698912 | | EDI: GMACFS.COM | Feb 27 2025 01:46:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518566426 | | EDI: GMACFS.COM | Feb 27 2025 01:46:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518566427 | | EDI: CITICORP | Feb 27 2025 01:52:00 | Best Buy /CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518566430 | + | EDI: PHINGENESIS | Feb 27 2025 01:52:00 | CB Indigo / GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518566434 | | EDI: CITICORP | Feb 27 2025 01:52:00 | Home Depot, PO Box 653000, Dallas, TX 75265 |
| 518566428 | | EDI: CAPITALONE.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 27 2025 01:52:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518566428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 21:29:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518612372 | + | EDI: AIS.COM | Feb 27 2025 01:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612372 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:10:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612375 | + | EDI: AIS.COM | Feb 27 2025 01:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518612375 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:29:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633972 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 21:29:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566429 | | EDI: CAPITALONE.COM | Feb 27 2025 01:52:00 | Capital One- Quick silver, PO Box 70884, Charlotte, NC 28272-0884 |
| 518566429 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 21:10:23 | Capital One- Quick silver, PO Box 70884, Charlotte, NC 28272-0884 |
| 518672402 | | EDI: CITICORP | Feb 27 2025 01:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518566431 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2025 21:27:18 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518566432 | | EDI: DISCOVER | Feb 27 2025 01:46:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 518577459 | | EDI: DISCOVER | Feb 27 2025 01:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518668957 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2025 21:15:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518664378 | | EDI: JEFFERSONCAP.COM | Feb 27 2025 01:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518566436 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 21:15:00 | KIA Financial Services, Dept. #194501, P.O. Box 55000, Detroit, MI 482551945 |
| 518566437 | ^ | MEBN | Feb 26 2025 21:01:12 | KIA MOTORS FINANCE, 4000 MACARTHUR BLVD, SUITE 1000, Newport Beach, CA 92660-2544 |
| 518566438 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 21:12:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518566439 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 21:12:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518651532 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 21:27:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518566440 | + | EDI: SYNC | Feb 27 2025 01:46:00 | Lowes, PO Box 4596, Carol Stream, IL 60197-4596 |
| 518566440 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 21:29:13 | Lowes, PO Box 4596, Carol Stream, IL 60197-4596 |
| 520458778 | | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 520458779 | | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 21:12:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, South Carolina 29603-0826 |

| Case 19-31389-MEH | Doc 97 | Filed 02/28/25 | Entered 03/01/25 00:18:09 | Desc Imaged |
| | | Certificate of Notice | Page 5 of 7 | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 3180W | Total Noticed: 56 |

| 518586991 | + EDI: AGFINANCE.COM | | | |
|---|---|---|---|---|
| | | | Feb 27 2025 01:46:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518566442 | + EDI: AGFINANCE.COM | | | |
| | | | Feb 27 2025 01:46:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518566441 | EDI: AGFINANCE.COM | | | |
| | | | Feb 27 2025 01:46:00 | OneMain, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518658602 | EDI: Q3G.COM | | | |
| | | | Feb 27 2025 01:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518649925 | EDI: Q3G.COM | | | |
| | | | Feb 27 2025 01:52:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518566443 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | | |
| | | | Feb 26 2025 21:13:00 | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129 |
| 518566445 | + EDI: SYNC | | | |
| | | | Feb 27 2025 01:46:00 | SYNCB/ HOME, PO BOX 965036, Orlando, FL 32896-5036 |
| 518566445 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Feb 26 2025 21:27:41 | SYNCB/ HOME, PO BOX 965036, Orlando, FL 32896-5036 |
| 518566446 | + EDI: SYNC | | | |
| | | | Feb 27 2025 01:46:00 | SYNCB/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 518566446 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Feb 26 2025 21:10:43 | SYNCB/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 518566444 | + Email/Text: ssa.bankruptcy@ssa.gov | | | |
| | | | Feb 26 2025 21:13:00 | Social Security Aminiistration, PO Box 3430, Philadelphia, PA 19122-0430 |
| 518634479 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | | |
| | | | Feb 26 2025 21:13:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519056725 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | | |
| | | | Feb 26 2025 21:13:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519056726 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | | |
| | | | Feb 26 2025 21:13:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518568832 | ^ MEBN | | | |
| | | | Feb 26 2025 21:02:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670285 | + Email/Text: bncmail@w-legal.com | | | |
| | | | Feb 26 2025 21:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518566448 | EDI: SYNC | | | |
| | | | Feb 27 2025 01:46:00 | TJM Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 518566448 | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Feb 26 2025 21:27:21 | TJM Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 518566447 | + EDI: WTRRNBANK.COM | | | |
| | | | Feb 27 2025 01:52:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 518630672 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | | |
| | | | Feb 26 2025 21:12:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 519711816 | + Email/Text: RASEBN@raslg.com | | | |
| | | | Feb 26 2025 21:12:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519112723 | ^ MEBN | | | |
| | | | Feb 26 2025 21:01:20 | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519112724 | ^ MEBN | | | |
| | | | Feb 26 2025 21:01:21 | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, et a 75381-4609 |

| Recip ID | | | |
|---|---|---|---|
| 518566449 | + EDI: WFNNB.COM | Feb 27 2025 01:52:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518566450 | EDI: SYNC | Feb 27 2025 01:46:00 | Walmart, PO Box 960023, Orlando, FL 32896-0023 |
| 518566450 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 21:27:45 | Walmart, PO Box 960023, Orlando, FL 32896-0023 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Brian R Tipton, Florio, Perrucci, Steinhardt Cappelli T, 235 BROUBALOW WAY, Phillipsburg, NJ 08865, UNITED STATES 08865-1682 |
| cr | ##+ | Georgian Townhouse Association, c/o Florio Perrucci Steinhardt Cappelli, 235 Broubalow Way, Phillipsburg, NJ 08865, US 08865-1682 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian R Tipton | on behalf of Creditor Georgian Townhouse Association btipton@floriolaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Joan Sirkis Warren | on behalf of Debtor Kimberly A. Thomas joan@joanlaverylaw.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Melissa N. Licker | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mlicker@hinshawlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 26, 2025 | Form ID: 3180W | Total Noticed: 56 |

| | |
|---|---|
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11